THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                Plaintiff,

    v.

ROBERT JACKSON,

                Defendant.

CASE NO. C26-5228-JCC

ORDER

This matter comes before the Court on Plaintiff's objections (Dkt. No. 3) to the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. No. 2). The R&R recommends that Plaintiff's complaint be dismissed without prejudice because it is noncompliant with the current bar order and, further, fails to state a non-frivolous claim. (*See generally id.*). Plaintiff's objections (Dkt. No. 3) are not responsive to the analysis or conclusions contained within the R&R and, therefore, do not trigger this Court's review of the R&R.[1]

---

[1] A district court only reviews those portions of an R&R to which a party properly objects. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Objections are required to enable the court to "focus attention on those issues—factual and legal—that are at the heart of the parties' dispute." *Thomas v. Arn*, 474 U.S. 140, 147 (1985). The court is not required to review "any issue that is not the subject of an objection." *Id.* at 149. Said another way, for an objection to be proper, it must point to specific error contained within the R&R. *See, e.g.*, *United States v. Diaz-Lemus*,

ORDER
C26-5228-JCC
PAGE - 1

Accordingly, the Court hereby ORDERS as follows:

1. The R&R is ADOPTED by this Court.

2. This action is DISMISSED without prejudice.

3. The clerk is DIRECTED to send copies of this order to the parties and Judge Vaughan.


DATED this 18th day of March 2026.


John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

2010 WL 2573748, slip op. at 1 (D. Ariz. 2010); *Djelassi v. ICE Field Office Director*, 434 F. Supp. 3d 917, 919 (W.D. Wash. 2020).

ORDER
C26-5228-JCC
PAGE - 2